UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00268 |
| | ) | CHIEF JUDGE HAYNES |
| JOE BOHANNON | ) | |

### MOTION TO TERMINATE SUPERVISED RELEASE

Through counsel, defendant Joe Bohannon moves the Court to end his term of supervised release early. Mr. Bohannon has fully complied with the conditions of supervision. He now has an employment opportunity which would involve a significant salary increase and potential to advance with a well-established utility company, but this employment opportunity is hindered by his supervision status.

### I. Factual background

After being arrested in 2008, for a one-time cocaine distribution charge in the Eastern District of Tennessee, Mr. Bohannon pleaded guilty. He received the statutory minimum sentence of 60 months imprisonment and statutory minimum term of four years supervised release. This is Mr. Bohannon's only felony conviction and only drug conviction. *See* PSR generally.

After his Initial Appearance in federal court, Mr. Bohannon was released on bond and later self-surrendered to serve his sentence. He had no issues while on pretrial supervision. Mr. Bohannon has been problem-free since his release from prison to the halfway house in May 2012. Since then, he has worked for Page

[Handwritten annotation in right margin:] Granted for the reasons stated in the Government's response, this motion is denied for short acceptance compliance and fine. [signature] 3-14-14